MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

    450 Golden Gate Avenue
    Eleventh Floor
    San Francisco, CA 94102
    Telephone: (415) 436-6959
    Fax: (415) 436-6753
    E-Mail: william.frentzen@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 12-mj-70404 MAG |
|     Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| GEORGE SIMONE BRANCH, ) | **ORDER EXTENDING TIME LIMITS OF** |
| REGINALD LAMOND HILEY, and ) | **RULE 5.1(c) AND EXCLUDING TIME** |
| TYRELL EUGENE LOVE ) | |
|     Defendants. ) | |

On April 12, 2012, the parties in this case appeared before the Court for an initial appearance on a Complaint filed against them that same day. On April 17, 2012, Defendant Branch appeared before the Court for a detention hearing during which Defendant Branch and the government requested, and the Court agreed, to set the date for a further arraignment/ preliminary hearing for April 26, 2012. On April 13 and 16, 2012, Defendant Hiley appeared before the Court for identification of counsel hearing during which Defendant Hiley and the

STIPULATION & [PROPOSED] ORDER EXTENDING TIME LIMITS AND EXCLUDING TIME
CR 12-mj-70404 MAG

government requested, and the Court agreed, to set the date for a further arraignment / preliminary hearing for April 26, 2012. On April 18, 2012, Defendant Love appeared before the court for a detention hearing but requested that such hearing be continued until April 25, 2012, and the court agreed. At this time, Defendants and the government request extending the time limits provided by Federal Rule of Criminal Procedure 5.1(c) from April 12, 2012 to May 11, 2012. Further, Defendants and the government request continuing the arraignment/ preliminary hearing now set for April 26, 2012 to May 11, 2012. Pursuant to Rule 5.1(d), Defendants Branch, Hiley, and Love each consent to this extension of time and waiver, and the parties represent that good cause exists for this extension, including the effective preparation of counsel.

The parties further agree that an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161, is called for because the requested continuance is needed to allow counsel sufficient time to prepare, and that the failure to grand the continuance requested would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government is in the process of producing discovery to Defendants and anticipates that discovery will be produced by on or around May 2, 2012. The parties stipulate that the interest of justice outweighs the best interest of the public and the defendants in a speedy trial. Therefore, the parties agree that the Court shall order that the Speedy Trial clock shall be tolled for the reasons stated above from April 12, 2012 to May 11, 2012 and that the arraignment/ preliminary hearing set for April 26, 2012 be continued to May 11, 2012. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

MELINDA HAAG
United States Attorney
/s/
DATED: April ___, 2012  _____
WILLIAM FRENTZEN
Assistant United States Attorney

| | |
|---|---|
| DATED: April 23, 2012 | /s/<br>JOYCE LEAVITT<br>Attorney for George Simone Branch |
| DATED: April 23, 2012 | /s/<br>SUZANNE A. LUBAN<br>Attorney for Reginald L. Hiley |
| DATED: April ___, 2012 | /s/<br>FRANK BELL<br>Attorney for Tyrell Eugene Love |

[~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from April 12, 2012 through May 11, 2012 is warranted and that a continuance of Defendants' arraignment / preliminary hearing set for April 26, 2012 to May 11, 2012 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: April 25, 2012

THE HONORABLE KANDIS WESTMORE
United States Magistrate Judge