# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 12-mj-70404 MAG** |
| Plaintiff, | |
| vs. | **ORDER** |
| **GEORGE SIMONE BRANCH, et al.,** | |
| Defendants. | |

On April 30, 2012, the parties filed a stipulation and proposed protective order regarding a recording that the United States will produce in discovery. The document does not explain why the parties seek a protective order.

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), "Protective and Modifying Orders," a "court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." Accordingly, the court will not sign the proposed protective order unless and until the parties demonstrate good cause.

IT IS SO ORDERED.

DATE: May 1, 2012

**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**