```
1  FRANK BELL, SBN 038955
   A Law Corporation
2  333 Bradford Street, Suite 270
   Redwood City, CA 94063
3  Tel: 650 365-8300
   Fax: 650 366-8987
4
   Attorney For Defendant
5  TYRELL LOVE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>  v.<br>TYRELL LOVE,<br>        Defendant.<br>_____/ | CR No. 12-mj-70404 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CALENDAR HEARING RE CONDITIONS OF RELEASE** |

Defendant TYRELL LOVE has been released to the half-way house in San Francisco pending the identification of an appropriate person with whom he can live. He has now found a person with whom he may reside and who will be his custodian. He desires to have a hearing as to this matter before the Magistrate Judge who ordered his release, i.e. Hon. Kandis A. Westmore, on May 24, 2012 at 9:30 a.m. Pretrial Services Officer Victoria Gibson has indicated that

**LOVE STIP AND [PROP] ORDER RE CAL OF HRG**                                1

1  she can be present.

2  WHEREFORE, IT IS HEREBY STIPULATED by and between the
3  government and the defendant that the matter be set on the
4  calendar of Hon. Kandis A. Westmore on May 24, 2012 at 9:30
5  a.m. for a hearing on whether this person and her residence
6  will be approved by the court as appropriate for the
7  defendant.

8  Date: May 21, 2012

9                                  _____/s/_____
                                   FRANK BELL
10                                 Counsel for Defendant
                                   TYRELL LOVE
11

12 Date: May 21, 2012

13                                 _____/s/_____
                                   NATALIE LEE
14                                 Counsel for Plaintiff
                                   UNITED STATES OF AMERICA
15

16 IT IS SO ORDERED:

17

18 Date: May 21, 2012           _Kandis Westmore_____
19                              Hon. KANDIS A. WESTMORE
                                United States Magistrate Judge

**LOVE STIP AND [PROP] ORDER RE CAL OF HRG**                    2