MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

NATALIE LEE (CABN 277362)
Assistant United States Attorney

    450 Golden Gate Avenue
    Eleventh Floor
    San Francisco, CA 94102
    Telephone: (415) 436-7301
    Fax: (415) 436-6753
    E-Mail: natalie.lee2@usdoj.gov

Attorneys for Plaintiff

FILED

JUN 26 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE SIMONE BRANCH,<br>REGINALD LAMOND HILEY, and<br>TYRELL EUGENE LOVE,<br><br>    Defendants. | CR No. 12-mj-70404 MAG<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING TIME LIMITS OF**<br>**RULE 5.1(c) AND EXCLUDING TIME** |

On April 12, 2012, the parties in this case appeared before the Court for an initial appearance on a Complaint. On April 25, 2012, the parties submitted a Stipulation and Proposed Order Extending Time Limits of Rule 5.1(c) and Excluding Time until May 11, 2012, and, that same day, this Court signed the Stipulation and Order. On May 8, 2012, the parties submitted a second Stipulation and Proposed Order Extending Time Limits of Rule 5.1(c) and Excluding Time until May 25, 2012, and, on May 10, 2012, this Court signed the second Stipulation and

Order. On May 22, 2012, the parties submitted a third Stipulation and Proposed Order Extending the Time Limits of Rule 5.1(c) and Excluding Time until June 29, 2012, and, that same day, this Court signed the third Stipulation and Order.

At this time, the parties file a fourth Stipulation and Proposed Order Extending Time Limits of Rule 5.1(c) and Excluding Time pursuant to Rule 5.1(d). All parties further agree that an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161, is called for because the requested continuance is needed to allow counsel sufficient time to prepare, and that the failure to grant the continuance requested would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Defendants are in the process of reviewing final discovery, discussing possible resolutions of this case, and conferring with their clients. The parties stipulate that the interest of justice outweighs the best interest of the public and the defendants in a speedy trial. Therefore, the parties agree that the Court shall order that the Speedy Trial clock shall be tolled for the reasons stated above from June 29, 2012 to July 11, 2012 and that the arraignment/ preliminary hearing set for June 29, 2012 be continued to July 11, 2012. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: June 26, 2012
/s/
NATALIE LEE
Assistant United States Attorney

DATED: June 26, 2012
/s/
JOYCE LEAVITT
Attorney for George Simone Branch

DATED: June 26, 2012
/s/
SUZANNE A. LUBAN
Attorney for Reginald L. Hiley

DATED: June 26, 2012
/s/
FRANK BELL
Attorney for Tyrell Eugene Love

[~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from June 29, 2012 through July 11, 2012 is warranted and that a continuance of Defendants' arraignment / preliminary hearing set for June 29, 2012 to July 11, 2012 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the interests of the public and the defendants in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendants and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 6/26/12

THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge